Rohmat Mulyana jr.
408 S. Pacific Avenue
Glendale, Ca 91204

Plaintiff in Pro Per

KHURRAM A NIZAMI, Esq. (SB# 249835)
GENGA & ASSOCIATES, P.C.
15260 Ventura Blvd. Ste 1810
Sherman Oaks, CA 91403
Tel: 818/444-4580 Fax: 818/444-4585
kanizami@gengalaw.com

Attorneys for Defendants
MIDLAND CREDIT MANAGEMENT, Inc.,

FILED
2013 JAN 30 PM 1:30
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY____

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROHMAT MULYANA, JR.<br><br>Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC<br><br>Defendants. | Case No. CV12- 02297 MWF (JEMx)<br><br>STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) |

## STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

Plaintiff Rohmat Mulyana jr. and Defendants Midland Credit Management, Inc. (hereinafter collectively referred to as "MCM") through their designated counsel of

STIPULATION RE: DISMISSAL

1 record, hereby stipulate and agree that the above-captioned action be dismissed in its entirety with prejudice pursuant to FRCP 41(a)(1).

This stipulation is based on the fact that the Plaintiff Rohmat Mulyana jr. and Defendants MIDLAND CREDIT MANAGEMENT, INC. have resolved this action in its entirety. As part of said resolution, the Plaintiff Rohmat Mulyana jr. and Defendants MIDLAND CREDIT MANAGEMENT, INC. agree to dismiss this action, in its entirety, with prejudice. Plaintiff and Defendant will bear his/their own attorneys fees and costs.

Dated: January 28, 2013

**GENGA & ASSOCIATES, P.C.**

/s/Khurram A. Nizami
Khurram A. Nizami

Attorney for Defendant(s)
Midland Credit Management Inc.

Dated: January 30, 2013

**PLAINTIFF IN PRO PER**

Respectfully submitted,
Rohmat Mulyana jr.

Rohmat Mulyana jr.
Plaintiff in pro per

IT IS SO ORDERED.
DATED: January 31, 2013
UNITED STATES DISTRICT JUDGE

STIPULATION RE: DISMISSAL