FILED

2013 JAN 30  PM 1:30

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

1  Rohmat Mulyana jr.
2  408 S. Pacific Avenue
   Glendale, Ca  91204
3
4  Plaintiff in Pro Per

5  KHURRAM A NIZAMI, Esq. (SB# 249835)
6  GENGA & ASSOCIATES, P.C.
   15260 Ventura Blvd. Ste 1810
7  Sherman Oaks, CA 91403
8  Tel: 818/444-4580 Fax: 818/444-4585
   kanizami@gengalaw.com
9
10 Attorneys for Defendants
11 MIDLAND CREDIT MANAGEMENT, Inc.,

12

13            UNITED STATES DISTRICT COURT

14            CENTRAL DISTRICT OF CALIFORNIA

15

16 ROHMAT MULYANA,  JR.          ) Case No. CV12- 02297 MWF (JEMx)
17                                )
18            Plaintiff,          ) STIPULATION RE: DISMISSAL OF
                                  ) ENTIRE ACTION WITH PREJUDICE
19    vs.                         ) PURSUANT TO FRCP
                                  ) 41(a)(1)(A)(ii)
20 MIDLAND CREDIT MANAGEMENT,INC )
21                                )
22            Defendants.         )
                                  )
23

24
25   STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

26 Plaintiff Rohmat Mulyana jr. and Defendants Midland Credit Management, Inc.

27 (hereinafter collectively referred to as "MCM") through their designated counsel of
28

STIPULATION RE: DISMISSAL

record, hereby stipulate and agree that the above-captioned action be dismissed in its entirety with prejudice pursuant to FRCP 41(a)(1).

This stipulation is based on the fact that the Plaintiff Rohmat Mulyana jr. and Defendants MIDLAND CREDIT MANAGEMENT, INC. have resolved this action in its entirety. As part of said resolution, the Plaintiff Rohmat Mulyana jr. and Defendants MIDLAND CREDIT MANAGEMENT, INC. agree to dismiss this action, in its entirety, with prejudice. Plaintiff and Defendant will bear his/their own attorneys fees and costs.

Dated: January 28, 2013                       **GENGA & ASSOCIATES, P.C.**

                                              /s/Khurram A. Nizami
                                              Khurram A. Nizami

                                              Attorney for Defendant(s)
                                              Midland Credit Management Inc.


Dated: *January 30, 2013*                     **PLAINTIFF IN PRO PER**

Respectfully submitted,
Rohmat Mulyana jr.



IT IS SO ORDERED.
DATED: *January 31, 2013*

UNITED STATES DISTRICT JUDGE                  Rohmat Mulyana jr.
                                              Plaintiff in pro per

STIPULATION RE: DISMISSAL